UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
MAY 0 1 2024
CLERK'S OFFICE
S.D.N.Y.

Bhatia LaRose

_____

Write the full name of each plaintiff.

-against-

Sean Combs
(please see attached) of additional
defendants)

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____
(Include case number if one has been
assigned)

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Trade Secrets Act of 2016

Lanham Act

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ _____ , is a citizen of the State of
                        (Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
          (Defendant's name)

_____   _____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____   _____   _____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Pshetoia _____ N _____ LaRose _____
First Name            Middle Initial            Last Name

3725  W  Flagler St . # 233 _____
Street Address

Miami Dade,  Miami _____ FL _____ 33134 _____
County, City                  State             Zip Code

407 . 654 . 2159 _____ LaRose. PN @gmail. com _____
Telephone Number             Email Address (if available)

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:     Sean                              Combs
                 First Name                        Last Name

                 Current Job Title (or other identifying information)
                 1440 Broadway Fl/A 3
                 Current Work Address (or other address where defendant may be served)
                 New York County, New York City, NY 10008 -2301
                 County, City                      State              Zip Code

Defendant 2:     COMBS                             Enterprise
                 First Name                        Last Name

Business
                 Current Job Title (or other identifying information)
                 197 Main St          ~~address~~ P.L.
                 Current Work Address (or other address where defendant may be served)
                        Sayville            NY           11782
                 County, City                      State              Zip Code

Defendant 3:     Sean  Combs  Capital
                 First Name                        Last Name

Business
                 Current Job Title (or other identifying information)
                 80 State St
                 Current Work Address (or other address where defendant may be served)
                        Albany              NY           12207
                 County, City                      State              Zip Code

Defendant 4: _____ CIROC _____

        First Name                  Last Name

*Business* _____

Current Job Title (or other identifying information)

THREE WORLD TRADE CENTER - 175 greenwich st

Current Work Address (or other address where defendant may be served)

New York County, New York, NY 10007

County, City               State             Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____ Virtual / Cyber _____

Date(s) of occurrence: _____ July 2022 - Current _____

                            + (may be earlier)

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Please see attached Petition and Complaint along with Appendix of Images. Total pages with Petition and Complaint should be 80 pages.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Medically I was hospitalized when Defendant had an appearance in a location I reside in. Please see attached images in which I had to go to Emergency Room due to poisoning

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

I would like to proceed with a Restraining order against Defendant as NON monetary damages. In monetary relief, I am requesting $521 million or agreed award amount by Jury Trial after suffering from an extensive time period from Defendant stalking me daily for literary and Business purposes.

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 05-01-2024

Plaintiff's Signature: LaRose

First Name: P Shatina   Middle Initial: N   Last Name: LaRose

Street Address: 3725 W Flagler St #233

County, City: Miami Dade, Miami   State: FL   Zip Code: 33134

Telephone Number: 404.654.2459   Email Address: LaRose.PN@gmail.com

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7

**Please see Additional Defendants listed in Complaint:**

Sean Combs

Combs Enterprises
Combs Global
Ciroc
Deleon Tequila
Bad Boy Entertainment
Revolt Media and TV LLC
Bad Boy Records
Epic Records
DOE Corps/Capital Preparatory Charter School
Love Records
The Sean Combs Foundation
Sean John
Sean Combs CAPITAL

**STATE OF NEW YORK**                **FEDERAL COURT**                **NEW YORK COUNTY**

Pshatoia LaRose
3725 W Flagler St #233
Miami, FL 33134

       **Petitioner**

V.                                                                  Case No. _____

Sean Combs
Combs Defendants
1440 Broadway Frnt 3
New York, NY 10018-2301

       **Respondent**

### PETITION AND COMPLAINT

COMES NOW, Petitioner Pshatoia LaRose, and states the following:

Plaintiff alleges that Respondent, Sean Combs through the entities of Combs Enterprise and Combs Global, as well as individually, committed the acts of violating the intellectual property rights of Plaintiff's phone contents and conversations, which were re-used in publications, as well as the invasion of privacy and harassment. All 15 Defendants are included in this complaint. The Respondent caused harm and loss to Plaintiff both directly and indirectly through third party associations, horoscope script writings, and Respondent's brand. As a result of Respondent's actions, Petitioner has experienced severe financial loss and pain and suffering which has resulted in irreparable harm and loss to Petitioner. Plaintiff seeks damages of $521 million. Plaintiff is requesting a Jury Trial.

Defendant has also violated the Lanham Act, which provides that "Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which—(A)is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person." 15 U.S. C. § 1125(a)(1). Defendant allowed for infringement of Plaintiff's image and personal property through its ineffective protection of her data privacy, and is thus liable under the Lanham Act.

Defendant has already made a settlement to another party, Cassandra Ventura, for similar claims to Plaintiff's, and there are other cases ongoing involving Defendant. Defendant has been in the news frequently regarding similar cases and allegations. Four women, including Ms. Ventura, have filed against Defendant for abuse and sexual assault, filing in the New York Superior Court. In a similar case, the United States District Court for the Southern District of New York awarded damages to E. Jean Carroll against former President Donald Trump.

Petitioner respectfully asks this Court for damages owing from Defendant's conduct, as well as for an order for Respondent to disclose all horoscope websites that he operates or is associated with, as well as for any other relief that this Court may deem proper.

Respectfully submitted,

Pshatbia LaRose
Plaintiff

# Summary of Contents:

| Section: | Pages: |
| --- | --- |
| Summary Introduction | 3 |
| Business Mediums & Companies associated with Respondent | 4-17 |
| Criminal Background of Respondent | 18-26 |
| Damages and Harm to Personal Property and Petitioner | 27-40 |
| Phone Tapping | 41-65 |
| Theft and Hacking of Phone Data reused for Business and Personal Use | 66-78 |

## Summary Introduction:

1. Petitioner, Pshatoia LaRose, proceed with filing claims against Respondent, Sean Combs for both Civil and Criminal Actions.

### Criminal Allegations against Respondent, Sean Combs:

In the Domestic Violence Division, 1, Petitioner, Pshatoia LaRose, proceed with filing for a Ex Parte Trial of Criminal Allegations against Respondent, Sean Combs for Stalking, Theft and Hacking of Phone Data, Premeditated Threats, Unauthorized and Illegal Phone Tapping and Spying, and Damages to Petitioner, Pshatoia LaRose, Personal Property and Potential links to Petitioner being Hospitalized for Poisoning, but not limited to only these actions.

### Civil Allegations against Respondent, Sean Combs:

In the Civil Division, 1, Petitioner, Pshatoia LaRose, proceed with filing for a Ex Parte Trial of Civil Allegations against Respondent for Unfair Business Practices, Unauthorized Use of Intellectual Property, Unauthorized Theft of Petitioner, Pshatoia LaRose Phone Data for Business and Personal Use, Unfair Business Practices to deter Potential Business from Petitioner Pshatoia LaRose, Defamation to Petitioner Pshatoia LaRose, form Conspiracy and Threats to Potentially cause Harm to Petitioner Pshatoia LaRose and others, causing severe Emotional Distress, resulting in Petitioner living in humane for approximately 1 Year, Loss of Current and Potential Business Earnings, Including Criminal Allegations of Stalking, Theft and Hacking of Phone Data, Premeditated Threats, Unauthorized and Illegal Phone Tapping and Spying, and Damages to Petitioner, Pshatoia LaRose, Personal Property and Potential links to Petitioner being Hospitalized for Poisoning, but not limited to only these actions.

**Business Mediums & Brands associated with Respondent:**

The Respondent, Sean Combs is associated with the Following Companies he Owns or is Paid by. Respondent, Sean Combs works for or is hired by several Horoscope Websites in which Respondent, Sean Combs uses as a Medium to Stalk Petitioner, Pshatoia LaRose Use unauthorized Theft of Petitioner, Pshatoia LaRose Phone Data for Business and Personal Use, Unfair Business Practices to deter Potential Business from Petitioner Pshatoia LaRose, Defamation to Petitioner Pshatoia LaRose, form Conspiracy and Threats to Potentially cause Harm to Petitioner Pshatoia LaRose and Innocent others, as well as Ponzi Scheme and Illegal Monopoly. Please see attached images regarding Respondent, Sean Combs, Unfair Business Practices, Theft of Data, Stalking and allegations listed above.

**Brands Respondent Owns and has used Stolen Images from Petitioner Phone for inspiration to recreate for his Brands but not limited to:**

Combs Enterprises
Combs Global
Ciroc
Deleon Tequila
Bad Boy Entertainment
Revolt Media and TV LLC
Bad Boy Records
Epic Records
DOE Corps Capital Preparatory Charter School
Love Records
The Sean Combs Foundation
Sean John

**Horoscope Websites Respondent Owns or Hired by including but not limited to:**

JessicaAdams.com
CaliforniaPsychics.com
Horoscope.com
Astrolis.com
Huff post.com
YourTango.com
Horoscope App
Astrotalk.com
Ask-Oracle.com
Vogue.in
Tarot.com
Prokerala.com
@MoonOmens

July 11, 2022
2:31 PM

June 11, 2021
1:34 PM

thedallasaesthetician o.tt_sunshine I love you ❤️
your girl 😊

 moondrops

0:08

June 11th, 2021

## Today's Affirmation
## From Your Higher Self:

"I am guided by faith and driven by hope."

**Close eyes & screenshot**

July 11, 20



CIROC

# Posts



10,267 likes

# Stories archive ⌄



# Stories archive ∨



## California ✦ Psychics

### Thursday, October 5, 2023

# Scorpio Horoscope for Tomorrow

Expressing yourself and sharing ideas can be tough
as thoughtful Mercury collides with pessimistic
Saturn in your house of self-expression. Not trusting
your intelligence and originality can lead to a creative
block. At the same time, you might feel compelled to
convince someone that your ideas are on point.
Everyone has their off days. Don't push it if you're not
feeling inspired. Tomorrow is another day. With the
sun in your backstage realm, your vibe is pretty laid
back. As the sun collides with sociable Venus, you
may question whether you have the energy for a
date or get-together. Doing something lowkey may
be enjoyable. A Love Psychic can answer your
burning questions about a playmate.

Get your personalized

# Gemini

(May 22 - June 21)

## Today's Horoscope Overview

| Overview | Love | Money |

### Horoscope for October 4th 2023

Take time to be alone if you are feeling self-destructive. Be diplomatic and exercise restraint in your relationships. This is a time to look inward, to be creative and meditative. If you have endured a loss, perhaps of a grandparent or grandparent figure, look to friends and loved ones for solace and hope. You are easily influenced by others today. Try not to take matters too seriously. Opt for a change in appearance and pursue rewarding work. Be creative and upbeat. A bright outlook will improve your focus and health. The right attitude is vital and will make you feel in control today.

 www.ask-oracle.com/horoscope/... 



May 24
7:42 PM

✕

Sco...
(1... ...1/21)
Ali...h ...corp...

...day                    Tod...,                    W...

W...n...d...y..., ...

**A**re you biting ...f more than you ...ch ..., dear Scorpic... ...n your efforts to ...s... impress someone, ...ou m... ...be s... ...d... ...or o... n than ...shou...d o... agreeing ...ng that yc... don't ...ally feel is ...vise. ...y ...ir... you can pu... off ...m... ...aybe ...ca... ...t eve... you do, will you ...se ...ou... ...elf late... on for naving done so? Or will ...u resent t'... ...ther p... ty for the choice you mad... This... ...bout it before ...ou say yes to a request or before ...ou volunteer for s...mething that might ...ust be too m...ch to take on ri... now.

 **gemsoftheworldinc**





# Tomorrow's Pisces Horoscope

Change Sign

**YESTERDAY**   **TODAY**   TOMORROW   . . .

# Oct 8, 2023

A new business relationship may form, and this month, it could be in the form of a new boss, coworker, or a team project. Partnerships and balanced relationships are the main themes in your day beginning today. During Venus in Virgo, focus your attention on cultivating positive interactions. Channel Virgo's energy into your social interactions. Be personable and approachable. Aim to be diligent but sweet all at the same time.

verizon LTE                    12:25 AM                    35%

Want 50% OFF? Unlock your discount now...

 Tarot                                    

Login
Signup

Love
Horoscope        Shop ▾        Free Tarot        Psychic
                                Reading         Advice

# Cancer Daily Love Horoscope

by Tarot.com
Astrologers

**October 8, 2023:** Your day may start with sweet and sentimental exchanges. This could spark the desire to do something nice for your sweetheart. You tend to put a lot of pressure on yourself when it comes to acts of love, and this might become apparent as loving Venus dashes into

## Criminal Background of Respondent:

Petitioner filed Restraining Order against Respondent, Sean Combs on __August 1, 2023__ for Stalking , Theft of Phone Data, Phone Tapping, Premeditated Threats, Unfair Business Practices and Unauthorized reuse of Intellectual Property, but not limited to only these allegations.

Since Petitioner filed Restraining Order against Respondent Sean Combs, several Women have recently came forward regarding Defendants Domestic Violence Disputes, including similar claims against Respondent Sean Combs that Petitioner also claim involving Unauthorized Phone and Video Tapping, Verbal and Physical abuse, Stalking and Harassment allegations.

Respondent, Sean Combs initially denied recent Domestic Violence claims and lawsuits stating they were erroneous and fictitious similar to response Respondent, Sean Combs stated to claim Petitioner had against him. However, a few days after Respondent, Sean Combs denying Recent Domestic Violence claims and lawsuit, they was an undisclosed Settlement amount Paid to Petitioners and Plaintiffs. Please see attached images regarding Respondents, Sean Combs most recent Domestic Violence claims and lawsuits similar to claims Petitioner, Pshatoia LaRose filed.

 theshaderoom ✓

# Cassie Files $30 Million Lawsuit Against Diddy —Accuses Him Of Rape And Repeated Physical Abuse Throughout Their Relationship



   

Liked by **jamperez** and **160,815 others**

 **hollywoodunlocked** ✔ ・・・



**HOLLYWOOD UNLOCKED**

**LAWSUIT CLAIMS DIDDY WAS 'SO ANGRY' KID CUDI WAS PREVIOUSLY DATING CASSIE HE ALLEGEDLY THREATENED TO BLOW UP HIS CAR**

**« SWIPE LEFT TO UNLOCK**

   

**423 likes**

**hollywoodunlocked** Oops! A spokeswoman for #KidCudi

 

# Instagram ˅

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

CASANDRA VENTURA                                          :

                Plaintiff,                     :     Civil Case No.: 23-cv-10098

                     :

       v.                                         :

SEAN COMBS, BAD BOY ENTERTAINMENT,       :     **COMPLAINT**
BAD BOY RECORDS, EPIC RECORDS, COMBS     :
ENTERPRISES, LLC, and DOE CORPS. 1-10,   :     **JURY TRIAL DEMAND**

                     :

           Defendants.                    :
-----------------------------------------------------------X

> **TRIGGER WARNING:**
> THIS DOCUMENT CONTAINS HIGHLY GRAPHIC INFORMATION OF A
> SEXUAL NATURE, INCLUDING SEXUAL ASSAULT

 

*Instagram* ⌄

# #TSRUpdatez: Cassie Settles Lawsuit Against Diddy Accusing Him Of Rape And Abuse



Liked by **lauramgovan** and **57,590 others**

 **hollywoodunlocked** ✔

 • • •



**50cent** ✔

· · ·



Diddy has reportedly been accused of se›ually assaulting & dr›gging a woman in 1991, & filming the attack, in new lawsuit.





**DIDDY REPORTEDLY TAKES TEMPORARY LEAVE AS CHAIRMAN OF REVOLT AMID SEXUAL ASSAULT LAWSUITS**

   

 Liked by **am12.41** and **199,655 others**

**50cent** •• I'll buy that from you play boy , for the low because you know Cadillac and AT&T gonna pull out. I'll give you a few dollars for it now! Sell it to me, then we can be friends 😂 I'm serious call my phone 📱

 **hollywoodunlocked** ✔

· · ·



1/3

## HOLLYWOOD UNLOCKED

### WOAH! FORMER BAD BOY ARTIST MARK CURRY CLAIMS DIDDY ALLEGEDLY BROKE KIM PORTER'S NOSE AND WIRETAPPED HER PHONE

SWIPE LEFT TO UNLOCK

   

**40,004 likes**

**hollywoodunlocked** Woah! In more shocking claims,

### Damages and Harm to Personal Property and Petitioner:

Petitioner, Pshatoia LaRose has included Damages to her Vehicle in which Respondent, Sean Combs stated via Business Medium, Horoscope Website, Vogue.in that linked him to Damaging Petitioners Tire on more than One Occasion. The Most recent Tire Damage that occurred on July 23, 2023 caused Petitioner, to have Severe Damages to her Vehicle causing it to be inoperable for 5 Months now.

Also, Petitioner, Pshatoia LaRose is a Resident of Miami, FL. Each Time Respondent, Sean Combs, has had an Event in Miami, FL he has potentially had Petitioner, Poison and Hospitalized. Petitioner, tried to leave the area when she noticed Respondent would be in town however, Petitioner did not leave soon enough and Pshatoia LaRose was hospitalized with Moderate to Severe Condition.







Mercedes Benz

MERCEDES BENZ OF FORT LAUDERDALE
2411 SOUTH FEDERAL HIGHWAY, FT. LAUDERDALE FL 33316
(954) 462-4300

# Product Details



Continental
## CONTIPROCONTACT MO BW
245/40R17 91H

[ ORIGINAL EQUIPMENT ]

## TIRE SPECIFICATIONS

| | |
|---|---|
| Size | 245/40R17 |
| Performance Rating | 91H |
| Type | Sport Touring |
| RunFlat | No |
| Treadlife Warranty | 60,000 Miles |
| Mfg Defect Warranty Durations | 6 Years |
| Traction Grade | AA |
| Tread Wear Grade | 500 |
| Max Speed | 130 mph |
| Max Load | 1356 lbs. |
| Fuel Efficient | No |
| Road Hazard | 24 Months |

## PRICING

| | |
|---|---|
| Quantity | 1 |
| Retail | $273.00 |

### Installation Includes:

| | |
|---|---|
| 24 Month Road Hazard Protection | Included |
| 30 Day Tire Price Match - ask for details | Included |
| Buy 2 Tires & Receive Complimentary Rotations | Included |
| Alternative Transportation Provided | Included |
| Complimentary Car wash | Included |
| Tire Disposal Fee | $1.00 |
| Shop Supplies | $6.00 |
| Mount & Balance | $53.00 |
| Balancing Weight | $10.75 |
| **Installed** | **$343.75** |
| Estimated Tax* | $20.20 |
| **Total Tire Price** | **$363.95** |

## DESCRIPTION

Grand Touring All-Season tire used as Original Equipment on European sport sedans.

## FEATURES

- All-Season tire
- Symmetric, notched-rib tread design blends low noise and traction
- Continuous tread contact enhances steering response
- Wide circumferential grooves increase hydroplaning resistance
- Twin steel belts and spiral-wrapped nylon cord stabilize tread area
- For sporty sedans that need year-round traction, even in light snow

# Multi-Point Inspection Summary

myKaarma

Mercedes-Benz
of Fort Autumn

Created on: Thursday, July 27, 2023 12:06 PM

RO # 92186

| CUSTOMER INFORMATION | CAR INFORMATION | SERVICE ADVISOR INFO |
|---|---|---|
| Pshatoia Larose | Mercedes-Benz | Francisco Gonzalez |
| +14046542159 | 2010 C-CLASS | TECHNICIAN |
| | WDDGF5EB4AR090504 | Dante Rocha |
| | Mileage: 219126 | |
| | Tag # 8039 | |

## ORIGINAL CUSTOMER REQUESTS
### RECOMMENDATIONS

**❗ C/S SHE WENT TO PUT FUEL IN HER VEHICLE AND IT WAS ALL JUST | SPILLING OUT NEAR THE PASSENGER REAR TIRE PLEASE CHECK AND | ADVISE**

Total Approved:    $0.00
Original Approved:    $0.00
Repair Estimate:    $4,614.26

REMOVED REAR SEAT TO ENSURE SENDING UNIT AND FUEL PUMP WERE NOT LEAKING; FOUND TO BE OKAY. TRACED BACK TO FILLER NECK AREA AND FOUND DAMAGE TO FENDER LINER AND FILLER NECK OF FUEL TANK, FUEL TANK NEEDS TO BE REPLACED . THERE APPEARS TO BE SOME OUTSIDE INFLUENCE THAT CAUSED THE DAMAGE TO THE FUEL FILLER NECK.

**❗ C/S TPMS SYSTEM IS INOPERATIVE (OR ONE OF THE SENSORS IS | INOPERATIVE) PLEASE CHECK AND ADVISE**

Total Approved:    $~~542.00~~
Original Approved:    $~~142.10~~
Repair Estimate:    $924.05

BOTH FRONT TPM SENSORS INOP; REAR WORK OKAY, FRONT ONES WONT GIVE READING. REPLACE BOTH FRONT TPM SENSORS

### OTHER

**🚗 COURTESY INSPECTION**

Total Approved:  $0.00
Original Approved:  $0.00

# June 30

## 9:22 PM

Relax, Cancer. There is nothing that you need to know in the now or learn to get to another place. You have your toolkit ready to see you through this phase in your life, and while it is always good to learn and evolve, it is not a prerequisite for you at the moment. Look for ways to manage and sustain your energy effectively, and allow your angels to usher in winds of change that support your flight. Focus on showing up in supportive relationships, and trust the feeling tugging at your heart.

**Cosmic Wisdom:** Stay a while and enjoy the view from where you are. You have worked

July 1
11:35 AM



MAIL RETURN ONLY
PO BOX 8486 · CORAL SPRINGS FL 33075-8486

800-984-9115
en Español 800-398-1975

May 08, 2023

**Office Hours:**
**Monday through Friday**
**8:00AM to 11:00PM EST/EDT**

HRRG ▲ 0 0 6 4 2 6  B6 
PSHATOIA N LAROSE
8815 BISCAYNE BLVD
MIAMI FL 33138-6292

Re: 62195876 Settlement Offer
hrrgcollections.com

Dear Pshatoia N Larose:

PIN# 1.62195876.523

AN OFFER FOR YOU

Our client has authorized us to offer you a settlement option in an effort to assist you in resolving your account balance. This offer is valid for 30 days from the date of this letter. If you need additional time to respond to this offer, or need to make other arrangements, please contact us. We are not obligated to renew this offer.

Settle your balance of $6,573.00 by making a one-time payment of $3943.80 within 30 days of the date of this letter.

To make your payment, just fill in your credit card information on the reverse side of this notice, or enclose your check/money order payable to the creditor, along with the payment voucher below. To pay using our automated IVR accessible 24 hours a day, call 855-PAY-HRRG (855-729-4774), or visit our website at hrrgcollections.com. Both options require the PIN# and the RE: # listed above along with the last four digits of your social security number.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. (NOTICE: SEE REVERSE FOR IMPORTANT INFORMATION).

(NOTICE: SEE REVERSE SIDE FOR APPLICABLE DISCLOSURES AND PAYMENT INFORMATION.)

✂                                    ✂

Reference #: 62195876        Total Balance: $6,573.00        Amount Enclosed $_____

| Creditor | Account # | Regarding | Amt Owed | ServDate |
|---|---|---|---|---|
| PARAGON CONTRACTING SVC L | 0325099573-95387227 | LAROSE,PSHATOIA N | 1154.00 | 11/28/22 |
| INPHYNET S BROWARD LLC | 0325054024-50232443 | LA ROSE,PSHATOIA | 880.00 | 11/27/22 |
| INPHYNET S BROWARD LLC | 0325054025-50232443 | LA ROSE,PSHATOIA | 1907.00 | 11/27/22 |
| INPHYNET S BROWARD LLC | 0325264224-50232443 | LA ROSE,PSHATOIA | 1316.00 | 11/30/22 |
| INPHYNET S BROWARD LLC | 0325161640-50232443 | LA ROSE,PSHATOIA | 1316.00 | 12/01/22 |

PO BOX 5406
CINCINNATI OH 45273-7942



**AdventHealth**

| | | | |
|---|---|---|---|
| **Patient:** | Pshatoia Larose | **Department** | AHEWL ED 13691 E |
| **Date of Birth:** | 07/21/1988 | **Information:** | COLONIAL DR |
| **Date of Visit:** | 9/28/2023 | | ADVENTHEALTH |
| | | | WATERFORD LAKES ER |
| | | | 13691 EAST COLONIAL |
| | | | DRIVE |
| | | | ORLANDO FL 32826-4930 |
| | | | 407-281-3600 |

To Whom It May Concern:

Pshatoia Larose was seen and treated in our emergency department on 9/28/2023.
She may return to work on 10/02/2023.

If you have any questions or concerns, please don't hesitate to call.

Ernest Page II, MD

September 28, 2023

AdventHealth

**Patient:** Pshatoia Larose
**Date of Birth:** 07/21/1988
**Date of Visit:** 9/28/2023

**Department Information:** AHEWL ED 13691 E COLONIAL DR ADVENTHEALTH WATERFORD LAKES ER 13691 EAST COLONIAL DRIVE ORLANDO FL 32826-4930 407-281-3600

To Whom It May Concern:

Pshatoia Larose was seen and treated in our emergency department on 9/28/2023. She may return to school on 10/02/2023.

If you have any questions or concerns, please don't hesitate to call.

Ernest Page II, MD

# Estimate ID: 3N191XXZ

## Prepared for:
## PSHATOIA LAROSE

| | |
|---|---|
| Account Number: | 5010159420217 |
| Med Rec No: | 506648717 |
| Patient Type: | Emergency Service |
| Date of Service: | 9/28/2023 |
| Payer Name: | AETNA HMO |

## Expected Services

| Benefit Category | Units | # of Visits | Services |
|---|---|---|---|
| Emergency Service | 1 | 1 | 99283 - R11.2 - HC EMERGENCY DEPARTMENT VISIT MODERATE SEVERITY |

## Estimated Patient Responsibility Calculation

| COB | Benefit Category | Negotiated Amount | Deductible Remaining | Co-Pay |
|---|---|---|---|---|
| Primary | Emergency Service | $735.97 | $0.00 | $0.00 |
| | | | SecondaryFamilyDeductibleRemaining | |

## Based on the services estimated and your insurances benefits, it is estimat

## Common Independent Practitioners

**Emergency Provider**
Florida Emergency Physicians of Team Health
Phone: (888) 952-6772

**Radiology Provider:**
AHMG Radiology of Central Florida
Phone: (866) 481-7571

**Anesthesiology Provider:**
US Anesthesia Partners
Phone: (407) 667-0505

**Pathology Provider:**
Central Florida Pathology Associates
Phone: (800) 693-3271

## How was this e

This is how we determ
Deductible - Copay) * (

Remaining Deductible

Our facility complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. Our facility
age, disability, or sex.





**SUNDAY OCTOBER 1, 2023**

MICHAEL GARDNER & LOUIS OLIVER

# LIV ON SUNDAY

## THE LOVE ALBUM-OFF THE GRID
## OFFICIAL ALBUM RELEASE

# DIDDY
## & FRIENDS



**TABLE RESERVATIONS 305.674.4680**
FONTAINEBLEAU MIAMI BEACH · 4441 COLLINS AVENUE
LIVNIGHTCLUB.COM






OUT NOW

## Illegal and Unauthorized Phone Tapping and Spying:

I, Petitioner, Pshatoia LaRose have attached Images from my Phone of Private Text Messages in which Respondent, Sean Combs has Hacked and Stolen from my Phone. As I noticed, My Phone Conversations being reused via Respondent, Sean Combs Business Mediums, I have not used any ICloud or IMessenging Data in over 1 Year now due to ongoing Stalking. However, Respondent, Sean Combs hacks into my Phone and is able to see my Private Text Conversations as well as Phone Conversations in which I have Witness(es) that can clarify our Phone Conversations are Tapped Unauthorized by Respondent, Sean Combs. I have attached Images also for further review of Defendants Stalking Behavior and Theft of Petitioner, Pshatoia LaRose, Phone Data.



Neal 2 🏹 ♠

Omg. Scenic route will take 2-3 months ..lol



Ok. Keep working on it

How's your hair ???



# Scorpio

(October 23 - November 21)

## Today's Horoscope

### Love

| Overview | Love | Money |
|----------|------|-------|

Horoscope for November 7th 2023

A change of environment would do you a world of good. You feel weighed down by the competition around you. Rise above the noise of gossip and ill will. Spend time with those you trust and hash out some plans for the future together. Reach out in all directions today, to all the people that make up your social world. You are in the mood to mingle and be



Neal 2 🧎‍♂️♠️



Yeah lol



# Scorpio

(October 23 - November 21)

## Today's Horoscope Overview

| Overview | Love | Money |

Horoscope for November 7th 2023

An important decision requires your attention. Seek the advice of your significant other or close companions. An elder, perhaps a grandmother or grandmotherly figure, will play an important role in the day. Weigh your options thoroughly before committing. Today is a perfect day to reach out to loved ones who have been on your side. Seek out soothing company. You feel a need to socialize and belong. You can literally experience the entire world through your friends' eyes.

*Your Tango*

ADVERTISEMENT

# Tomorrow's Sagittarius Horoscope

Change Sign

**YESTERDAY**   **TODAY**   TOMORROW   . . .

# Nov 11, 2023

If there were a quick and easy way to cut soul ties, you'd be the first to pull out your celestial scissors. When it comes to removing toxic

*your tango*

Change Sign

**YESTERDAY**   **TODAY**   TOMORROW   ...

# Nov 11, 2023

If there were a quick and easy way to cut soul ties, you'd be the first to pull out your celestial scissors. When it comes to removing toxic energy from your life, even the memory of an ex has to go.

The Moon entering Scorpio brings out the deep desire to seek truth. There may be a few things in the past you're holding on to that stop you from having the life you know you can live. Block the ex. Delete their number. It's time to move on.

Neal 2 ♠

sector until December 28th, making this a good time for adjusting your workout routine. If you prefer partnering with a friend, an accountability system can be useful and perfect for channeling this honest and forthright energy.

tapping phon

| YESTERDAY | TODAY | TOMORROW | ... |

# Nov 10, 2023

You never know who you may meet at the right

Neal 2 🙏♠️



Want 50% OFF? Unlock your discount now!

 Tarot 

Login
Signup

Love
Horoscope ▾

Shop ▾

Free Tarot
Reading

Psychic
Advice

Lo

Yesterday   Today   **Tomorrow**   VIP Horoscopes

# Cancer Daily Love Horoscope

by Tarot.com
Astrologers

**November 11, 2023:** Taking a risk to create a newfound sense of hope in your relationship could pay off now -- just maybe not how you would originally expect! Love is an adventure within itself, and you may be





**Login Signup**

Love Horoscope ▼    Shop ▼    Free Tarot Reading    Psychic Advice



just maybe not how you would originally expect! Love is an adventure within itself, and you may be embarking on a new chapter while go-getter Mars has a staring contest with unpredictable Uranus in your idealistic 11th house. The best rewards usually come after a period of uncertainty or upheaval. Combat any overwhelm by tapping into your toolbox of self-soothing techniques as you navigate this shift.







# Scorpio

## October 23 – November 21

Sex is one area of life where there are more unspoken rules than almost anything else except death or money. You will have a most interesting time, in the light of this, when you go through your solar return in Scorpio – just been or on the way.

## Something Extra for Wednesday



Premium Members

You can now send Seasonal Astrology

Neal 2 🙏 ♠️



**Need Help? Call Us Anytime 1.800.573.4784**

 California Psychics 

## Tuesday, November 7, 2023

# Scorpio Horoscope for Tomorrow

You tend to read too much into things as perceptive Pallas merges with the South Node in your mysterious twelfth house. When you connect the dots, they're unlikely to reveal the crimes and misdemeanors that you envision. Don't let paranoia drive you and everyone else crazy. Jumping to the wrong conclusions can be disastrous. Instead, redirect your attention toward verifiable facts. Likewise, a crippling fear may have no basis in reality. All signs indicate that it's in your head. Doing something you don't think you can do can annihilate your insecurity on the spot. Instead of investing in your fears, bank on your ability to figure things out.

Neal 

 

Emphasized "I go after what I
want .... and I get it too all o..."

Ok I see. Yep . Super To do Lists!

Thanks for the offer. Here tonight

What are breakfast hours ?

6am – 10 am
Omg. Are you Up

📖 Awaken Your Intuition: <u>Learn How</u>

 Tarot

≡

**Login Signup**

Love Horoscope ▾    Shop ▾    Free Tarot Reading    Psychic Advice

home and snuggle with your sweetheart. Unfortunately, you probably have other responsibilities. Asking for a date night disguised as a run for errands may let you connect and get stuff done at the same time. Knowing when to prioritize and when to pause should help navigate any stressors on your to-do list.

Should you hold on or move on?



Neal

Thanks for a Very Nice dinner!!.
Delicious .Fish is the
foods to eat for good health!!

Loved "Yes! Glad you were Happy...
Treated my BFF ..."

DAILY
# Cancer Love Horoscope

Change sign ▼

🔍

**YESTERDAY   TODAY   TOMORROW   • • •**

PRESENTED BY  eharmony

**Aug 25, 2023** - The planetary aspect that is forming may encourage you to be you more extravagant than you can actually afford. There is only so much in your pocket, and you may feel so trusting in the bountfulness of the universe to bring all you need that you want to take the special person in your life out for a really good meal. Just be sure you really do have the funds.

What happens when compatibility meets connection? Real love. See for yourself with

 www.horoscope.com/us/horosca 

# August 13
## 8:51 PM

**Mama** 🙏💕 💜                                    1:45 PM
Luke 1:45-48 KJV - And blessed is she that
believed: for there shall be a performance of

## August 13

8:55 PM

Today 1:45 PM

Happy Sunday Mary 😭😭💐🙏🧍

Luke 1:45-48 KJV - And blessed is she that believed: for there shall be a performance of those things which were told her from the Lord.
46 And Mary said, My soul doth magnify the Lord,
47 And my spirit hath rejoiced in God my Saviour.
48 For he hath regarded the low estate of his handmaiden: for, behold, from henceforth all generations shall call me blessed.

What if we said you are more than the stories you've been told about yourself? What if we said you are infinite and so is the possibility of what you can co-create? This is your reminder to examine the old narratives. To examine the weight of other people's expectations. The dark moon is offering you the perfect opportunity to release the past, to do what you need to in order to be free. So, be free. Empty your mind of the dos and the don'ts as you allow for fresh inspiration to come through. The entire Universe will conspire to bless you with what you need and what you want when you are in

PISCES

The week ahead sees you booked, blessed and busy! You're pursuing your soul's calling. You're dedicating yourself to that which brings you joy *and* enables you to bring more lightness and brightness into the big, bad world. There's no such thing as perfect. However, this is as close to perfect as it gets, beautiful one. In the realm of romance, you're likely to experience a va-va-voom connection with somebody who's been in your orbit for a while now. Is there more to this connection than just chemistry, though? To avoid misunderstandings later, be clear about your thoughts and feelings from the start.



This is the week to be booked, blessed and busy, Virgo! This is the week to show up as the star of every show as you inspire your fellow travellers to follow their bliss. Something tells us you are ready to co-create magic with those you feel that creative chemistry with. As such, this ███ lso a time to awaken the good samaritan within. To think of ways in which you can support and uplift the collective. The secret to living a fulfilled life: placing service at the front and centre of everything you create and offer.

May 23

8:53 PM



The message of a tough experience may have been to keep going, and do something while the results of your introspection may have been emotional immaturity. Lead You may have taken on too much on your plate or may have envisioned things unfolding a certain way and they may have turned out as something else, but that doesn't matter now. Could haves, would haves, should haves don't make life. The *Now* does. So try asking yourself - what can I do *now* to feel like I'm walking my talk and leave the rest to your angels and guides.

**Cosmic Wisdom:** A higher perspective and discovering your sense of purpose may help

## Theft and Hacking of Phone Data reused for Business and Personal Use:

I, Petitioner, Pshatoia LaRose, have attached images of Respondent, Sean Combs and other Individuals of Combs Family reusing my Images for Business and Personal Use. There are more images other than what Respondent has attached if needed. However, as you can see Respondent, Sean Combs and Family has continuously stalked Petitioner, Pshatoia LaRose prior to her Case Filing of Domestic Violence and Civil Claim and also after these allegations were filed further identifying while Petitioner, Pshatoia LaRose shall have Right to a Fair Trial in both Criminal and Civil Disputes against Respondent, Sean Combs. Individuals included in Images are Brands and Family Members related to Respondent, Sean Combs.







0:08

# June 11th, 2021
## Today's Affirmation
## From Your Higher Self:

### "I am guided by faith and driven by hope."

### Close eyes & screenshot



IDENTIFICAR
L620-674-88

NAYDA NICOLE
LA ROSE

July 11, 2022
10:30 PM

Verizon
7:54 PM
72%
CIROC
Posts

July 23, 2022
7:05 PM

Puff Daddy & the Family
NO WAY OUT

Liked by **johnlegend** and **23,165 others**

**diddy** Biggie inspired me to become an artist and make this album, so it's bittersweet to look back on such a pivotal turning point in my life and career that... more

View all 893 comments

**jamescruz1**

THEFEMALEPRENEUR.COM
thefemalepreneurinc







