**UNITED STATES DISTRICT COURT**          **SOUTHERN DISTRICT OF NEW YORK**

**Pshatoia LaRose**
**2221 Peachtree Rd. #222**
**Atlanta, GA 30309**

                    **Petitioner**

**V.**                                    RECEIVED    Case No.    24-CV-3464
                                          SEP 13 2024
**Sean Combs**
**Combs Defendants**                      PRO SE OFFICE
**1440 Broadway Floor Frnt 3**
**New York, NY 10018**

                    **Respondent**

---

**PLAINTIFFS AMENDED COMPLAINT**

---

COMES NOW, Petitioner Pshatoia LaRose, and states the following:

Plaintiff alleges that Respondent, Sean Combs through the entities of Combs Enterprise and Combs Global, as well as individually, committed the acts of violating the intellectual property rights of Plaintiff's phone contents and conversations, which were re-used in publications, as well as the invasion of privacy and harassment. All Defendants included in the initial Complaint are included in this complaint. The Respondent caused harm and loss to Plaintiff both directly and indirectly through third party associations, horoscope script writings, and Respondent's brand. As a result of Respondent's actions, Petitioner has experienced severe financial loss and pain and suffering which has resulted in irreparable harm and loss to Petitioner. Plaintiff seeks damages of $521 million.

Defendant has also violated the Lanham Act, which provides that "Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact, which—(A)is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person." 15 U.S. C. § 1125(a)(1). In addition, Defendant violated Trade Secrets Act of 2016 and continuous Stalking and Invasion of Privacy of unauthorized reuse of Plaintiff's Phone Contents, Images and Personal Property and is thus liable under the Lanham Act. Defendant has reused Plaintiff, Pshatoia LaRose contents for inspiration for both Business and Personal use ranging from Creating Products, Music Graphics, Social Media Post but not limited to only these accusations that shall result in injunctions on these Products until Damages are awarded to Plaintiff.

Defendant has already made a settlement to another party, Cassandra Ventura, for similar claims to Plaintiff's, and there are other cases ongoing involving Defendant. Defendant has been in the news frequently regarding similar cases and allegations. Four women, including Ms. Ventura, have filed against Defendant for abuse and sexual assault, filing in the New York Superior Court. Combs repetitive Domestic Violence actions under further Review and Scrutiny in regards to this Case and several others shall proceed with Civil Justice by Jury Trial as well as Criminal Charges. Plaintiff, Pshatoia LaRose is stalked Daily prior to Suit and after Suit has been filed regarding Claims stated in Complaint.

Petitioner respectfully asks this Court for damages owing from Defendant's conduct be held in The United Stated District Court, Southern District of New York via Jury Trial, as well as for an order for Respondent to disclose all horoscope websites that he operates or is associated with, as well as for any other relief that this Court may deem proper. After further review of Appendix, Dismissal of this Case would be an injustice to the Judicial System and would be deemed unfair, unreasonable and Potentially unethical to allow continuous Stalking, Violation of Privacy, Lanham Act and Trade Secrets of 2016 by Repetitive Domestic Violence Offender, Sean Combs who shall be held accountable in the Court of Law.

Respectfully submitted,

*PLaRose*

Pshatoia LaRose
Plaintiff

Pshatoia LaRose
2221 Peachtree Rd. #222
Atlanta, GA 30309
LaRose.PN@gmail.com
404-450-7210

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Pshatoia LaRose

24 cv 3464

Write the full name of each plaintiff.

(Include case number if one has been assigned)

-against-

Sean Combs
Combs Defendants ( Please see attached )

**AMENDED**

**COMPLAINT**

Do you want a jury trial?
☑ Yes    ☐ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.



RECEIVED
SEP 13 2024
PRO SE OFFICE

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 2/10/17

Combs Defendants:

Combs Enterprises
Sean Combs Capital
Ciroc
Deleon Tequila
Bad Boy Entertainment
Revolt Media and TV LLC
Bad Boy Records
Epic Records
DSE Corps
Capital Preparatory Charter School
Love Records
The Sean Combs Foundation
Sean John

## I.  BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐   **Federal Question**

☒   **Diversity of Citizenship**

## A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

## B.  If you checked Diversity of Citizenship

### 1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , ___Pshatta Laßje_____ , is a citizen of the State of
               (Plaintiff's name)

___Georgia_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _Sean Combs_____, is a citizen of the State of
                (Defendant's name)

_New York_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____.

If the defendant is a corporation:

                     All Defendants/Corporation listed in Case
The defendant, _except the Sean Combs_____, is incorporated under the laws of _Ibiza_
                                                                              _Tequila_
the State of _New York_____  Foundation / Revolt TV and Media LLC

and has its principal place of business in the State of _New York_____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _New York_____.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Pshatria_____  _N_____  _LaRose_____
First Name          Middle Initial   Last Name

_2221  Peachtree Rd # 222_____
Street Address

_Fulton, Atlanta_____  _GA_____  _30309_____
County, City           State       Zip Code

_404.450.7210_____  _LaRose.PN@gmail.com_____
Telephone Number       Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:   **Sean**                    **Combs**

First Name                         Last Name

Current Job Title (or other identifying information)

**1440 Broadway Floor Front 3**

Current Work Address (or other address where defendant may be served)

**New York New York              NY              10018**

County, City                               State                    Zip Code

Defendant 2:   **Bad Boy Entertainment**

First Name                         Last Name

Current Job Title (or other identifying information)

**1710 Broadway**

Current Work Address (or other address where defendant may be served)

**New York, New York              NY              10019**

County, City                               State                    Zip Code

Defendant 3:   **Epic                Records**

First Name                         Last Name

Current Job Title (or other identifying information)

**25 Madison Ave**

Current Work Address (or other address where defendant may be served)

**New York, New York              NY              10010**

County, City                               State                    Zip Code

Page 4

Defendant 4: Capital Preparatory Charter School
First Name                    Last Name

_____
Current Job Title (or other identifying information)
20H Madisin Ave
Current Work Address (or other address where defendant may be served)
New York, New York NY          10035
County, City                  State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Nationwide / virtual

Date(s) of occurrence: 2022 — ongoing

FACTS:          (May be prior to this Date as well)

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Defendant, Sean Combs, including additional Defendants on case as well as others not listed on case that Defendant is associated with, owns, or is hired by has hacked and continues to hack Plaintiff, Pshatora LaRose, Electronic Devices for Business and personal use, using unauthorized Phone contents of Plaintiff, Pshatora LaRose, stalking, invasion of privacy and violation of intellectual property rights, Lanham Act and trades secret Act of 2016 are stated and identified in Plaintiff's Amended Complaint and Appendix attached (78 pgs.) Plaintiff, Pshatora LaRose also has witness that our conversations are monitored daily for Defendants Business use. Defendant, Sean Combs, and Defendants have reused Plaintiff Pshatora LaRose

Page 5

Additional Defendants Address!

Combs Enterprises 1440 Broadway Floor Fent 3 New York, NY 10018

Sean Combs Capital

CIROC

Deleon Tequila 1575 Abbot Kinney Boulevard Venice Los Angeles, CA 90291

Bad Boy Records    1710 Broadway New York, NY 10019

DOE CORPS

Love Records

The Sean Combs Foundation 9255 W Sunset Blvd FL 2 West Hollywood, CA 90069

Sean John 525 Seventh Avenue Suite 1009 New York, NY 10018

If address is left blank still researching

Phone Contents for Inspiration to create Products, including CUROZ Bottle Cover ways, Music Graphics, CD Covers, Music Videos, Social Media Post but not limited to only topic Mentioned above that are Sold or advertise Internationally. Resulting in current and Future, losses, emotional distress, defumation & costly safety precautions (Please see attached Amended Complaint) and appendix for further information)

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Hospitalization — 1 Day — Foot Swelling, Body Scan Solutions, Medication And Hospital Bed Rest

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

Award Damages in the amount of $521 Million. Restraining Order against Defendant, Sean Combs and Defendants listed, along with any Third Parties not listed that Defendant owns or is paid by.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 09-11-2024 | LaRose |
| Dated | Plaintiff's Signature |
| Pshatoria          N | LaRose |
| First Name          Middle Initial | Last Name |
| 2221  Peachtree  Rd # 222 | |
| Street Address | |
| Fulton, Atlanta          GA | 30309 |
| County, City          State | Zip Code |
| 404. 450. 7210 | LaRose. PN @ gmail.com |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Pshatoia LaRose
3331 Peachtree Rd #222
Atlanta, GA 30309
LaRose.PN@gmail.com
404.450.7210

# Appendix

CASE# : 1:24-CV-03464

*Petitioner/Plaintiff: Pshatoia LaRose*
*Regarding*
*Respondent/Defendant: Sean Combs*

# Summary of Contents:

| Section: | Pages: |
| --- | --- |
| Summary Introduction | 3 |
| Business Mediums & Companies associated with Respondent | 4-17 |
| Criminal Background of Respondent | 18-26 |
| Damages and Harm to Personal Property and Petitioner | 27-40 |
| Phone Tapping | 41-65 |
| Theft and Hacking of Phone Data reused for Business and Personal Use | 66-78 |

## Summary Introduction:

I, Petitioner, Pshatoia LaRose, proceed with filing claims against Respondent, Sean Combs for both Civil and Criminal Actions.

### Criminal Allegations against Respondent, Sean Combs:

In the Domestic Violence Division, I, Petitioner, Pshatoia LaRose, proceed with filing for a Ex Parte Trial of Criminal Allegations against Respondent, Sean Combs for Stalking, Theft and Hacking of Phone Data, Premeditated Threats, Unauthorized and Illegal Phone Tapping and Spying, and Damages to Petitioner, Pshatoia LaRose, Personal Property and Potential links to Petitioner being Hospitalized for Poisoning, but not limited to only these actions.

### Civil Allegations against Respondent, Sean Combs:

In the Civil Division, I, Petitioner, Pshatoia LaRose, proceed with filing for a Ex Parte Trial of Civil Allegations against Respondent for Unfair Business Practices, Unauthorized Use of Intellectual Property, Unauthorized Theft of Petitioner, Pshatoia LaRose Phone Data for Business and Personal Use, Unfair Business Practices to deter Potential Business from Petitioner Pshatoia LaRose, Defamation to Petitioner Pshatoia LaRose, form Conspiracy and Threats to Potentially cause Harm to Petitioner Pshatoia LaRose and others, causing severe Emotional Distress, resulting in Petitioner living in humane for approximately 1 Year, Loss of Current and Potential Business Earnings, Including Criminal Allegations of Stalking, Theft and Hacking of Phone Data, Premeditated Threats, Unauthorized and Illegal Phone Tapping and Spying, and Damages to Petitioner, Pshatoia LaRose, Personal Property and Potential links to Petitioner being Hospitalized for Poisoning, but not limited to only these actions.

## Business Mediums & Brands associated with Respondent:

The Respondent, Sean Combs is associated with the Following Companies he Owns or is Paid by. Respondent, Sean Combs works for or is hired by several Horoscope Websites in which Respondent, Sean Combs uses as a Medium to Stalk Petitioner, Pshatoia LaRose Use unauthorized Theft of Petitioner, Pshatoia LaRose Phone Data for Business and Personal Use, Unfair Business Practices to deter Potential Business from Petitioner Pshatoia LaRose, Defamation to Petitioner Pshatoia LaRose, form Conspiracy and Threats to Potentially cause Harm to Petitioner Pshatoia LaRose and Innocent others, as well as Ponzi Scheme and Illegal Monopoly. Please see attached images regarding Respondent, Sean Combs, Unfair Business Practices, Theft of Data, Stalking and allegations listed above.

**Brands Respondent Owns and has used Stolen Images from Petitioner Phone for inspiration to recreate for his Brands but not limited to:**

Combs Enterprises
Ciroc
Deleon Tequila
Bad Boy
Revolt TV


**Horoscope Websites Respondent Owns or Hired by including but not limited to:**

JessicaAdams.com
CaliforniaPsychics.com
Horoscope.com
Astrolis.com
Huff post.com
YourTango.com
Horoscope App
Astrotalk.com
Ask-Oracle.com
Vogue.in
Tarot.com
Prokerala.com
@MoonOmens



**12:05**   5G

July 11, 2022
2:31 PM

June 11, 2021
1:34 PM

thedallasaesthetician @ltl_sunshine_ I loveeee
you 👀 👀

moonomens

0:08

# Today's Affirmation
# From Your Higher Self:

*"I am guided by faith and driven by hope."*

**Close eyes & screenshot
when you feel it.
Comment below**





40,268 views





**4,443 likes**

**ciroc** #CIROCPASSION is here 🦅 This is bigger than taste. This is about igniting something within you. Make sure to tag us when you spot the bottle ● ●

View all 236 comments



Verizon    7:54 PM    72%

CIROC
**Posts**

< Follow



10,267 likes

**ciroc** This is what you call a fresh serve. Just ask @Diddy. New limited-edition Cîroc Honey Melon is available for all to taste. #NoReservationsNeeded

View all comments

**diddy** Let's GO!!

March 29

# Stories archive ⌄



Only you can see your memories and archived stories unless you choose to share them.

## Stories archive ⌄

**29**
Sep

*Give who Nans you Give Yourself!* ♥

The real flex is keeping your heart soft and
your boundaries strong.

**30**
Sep

**1**
Oct

*New Design*

**2**
Oct

This week will be successful
and abundant in blessings and
opportunities because I already
spoke it into existence.

**3**
Oct

♥♥ Pink Lid

Black Lid

● girlbossfestivalinc

girlbossfestivalinc Hi BFF, We hope you LOVE our #NEW Girl
Boss Favs!  ♥♥ .#girlbossfestivalinc...

Only you can see your memories and archived stories unless you
choose to share them.

# California ☀ Psychics

## Thursday, October 5, 2023

# Scorpio Horoscope for Tomorrow

Expressing yourself and sharing ideas can be tough as thoughtful Mercury collides with pessimistic Saturn in your house of self-expression. Not trusting your intelligence and originality can lead to a creative block. At the same time, you might feel compelled to convince someone that your ideas are on point. Everyone has their off days. Don't push it if you're not feeling inspired. Tomorrow is another day. With the sun in your backstage realm, your vibe is pretty laid back. As the sun collides with sociable Venus, you may question whether you have the energy for a date or get-together. Doing something lowkey may be enjoyable. A Love Psychic can answer your burning questions about a playmate.

### Get your personalized
### FREE daily horoscope

www.californiapsychics.com/hor...



# Gemini

(May 22 - June 21)

## Today's Horoscope Overview

Overview | Money

## Horoscope for October 11, 2023

Take time to be alone if you are feeling self-destructive. Be diplomatic and exercise restraint in your relationships. This is a time to look inward, to be creative and meditative. If you have endured a loss, perhaps of a grandparent or grandparent figure, look to friends and loved ones for solace and hope. You are easily influenced by others today. Try not to take matters too seriously. Opt for a change in appearance and pursue rewarding work. Be creative and upbeat. A bright outlook will improve your focus and health. The right attitude is vital and will make you feel in control today.


   

GEMSOFTHEWORLD.ORG


GEMS
of the World

VOLUNTEERS CAN
BE LOCATED ANYWHERE IN
THE U.S.A. VISI T:

May 24
7:42 PM

Edit



Sc...
(1... . 1/21)
Ali... h corp...

Tod...

We... n...

**A**re you biting ...f more than you ... ch ... dear Scorpio ... n your efforts to ... s im... ress someone, ...ou mi... ...be s... ... ...r o... n than ... should ... agres... ... ...n... at yo... don't ...ally feel is ...wise. ... ...ir ...ou can pu... off ...r... ...aybe ... ...ca... ...t eve... ...ou do, will you ...se ...y...elf late... ...n for ...aving done so? Or will ...u resent ...t... ...y for the choice ...ou mad... . Thin... ...bout it before ... ...u req...est or before ...ou volunteer for s...mething that might ...ust be too m...ch to take on ri... ...now.

**gemsoftheworldinc**



# Tomorrow's Pisces Horoscope

Change Sign

YESTERDAY    TODAY    TOMORROW    ...

## Oct 8, 2023

A new business relationship may form, and this month, it could be in the form of a new boss, coworker, or a team project. Partnerships and balanced relationships are the main themes in your life beginning today. During Venus in Virgo, focus your attention on cultivating positive interactions. Channel Virgo's energy into your social interactions. Be personable and approachable. Aim to be diligent but sweet all at the same time.

Verizon 4G LTE        12:25 AM        35%



Want 50% OFF? Unlock your discount now.

## ꋊꋊ Tarot

Login Signup    Love Horoscope    Shop ▾    Free Tarot Reading    Psychic Advice    Lo

# Cancer Daily Love Horoscope

by Tarot.com Astrologers

**October 8, 2023:** Your day may start with sweet and sentimental exchanges. This could spark the desire to do something nice for your sweetheart. You tend to put a lot of pressure on yourself when it comes to acts of love, and this might become apparent as loving Venus dashes into your communication zone. Instead of going all out and over the top, little favors here and there will suffice. The

 www.tarot.com/daily-love-horos...   

## Criminal Background of Respondent:

Petitioner filed Restraining Order against Respondent, Sean Combs on ___August 1, 2023___ for Stalking , Theft of Phone Data, Phone Tapping, Premeditated Threats, Unfair Business Practices and Unauthorized reuse of Intellectual Property, but not limited to only these allegations.

Since Petitioner filed Restraining Order against Respondent Sean Combs, several Women have recently came forward regarding Defendants Domestic Violence Disputes, including similar claims against Respondent Sean Combs that Petitioner also claim involving Unauthorized Phone and Video Tapping, Verbal and Physical abuse, Stalking and Harassment allegations.

Respondent, Sean Combs initially denied recent Domestic Violence claims and lawsuits stating they were erroneous and fictitious similar to response Respondent, Sean Combs stated to claim Petitioner had against him. However, a few days after Respondent, Sean Combs denying Recent Domestic Violence claims and lawsuit, they was an undisclosed Settlement amount Paid to Petitioners and Plaintiffs. Please see attached images regarding Respondents, Sean Combs most recent Domestic Violence claims and lawsuits similar to claims Petitioner, Pshatoia LaRose filed.

 **theshaderoom** ✔                    • • •

# Cassie Files $30 Million Lawsuit Against Diddy —Accuses Him Of Rape And Repeated Physical Abuse Throughout Their Relationship **TSR**



♥  💬  ✈                    •                    🔖

 **Liked by iamperez and 160,815 others**

**theshaderoom** TSR Staff-China! @China_Lovelace

 **hollywoodunlocked** ✓    •••



**H LLYWOOD** LOCKED

**CLAIMS DIDDY WAS ' ' KID CUDI WAS CASSIE HE ALLEGEDLY THREATENED TO**

      •    

**423 likes**

**hollywoodunlocked** Oops! A spokeswoman for #KidCudi stated that the rappers car blew up in his driveway... more

View all 87 comments

 Add a comment...

6 minutes ago

  ˅              

Case 1:23-cv-10098   Document 1   Filed 11/16/23   Page 1 of 35

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
CASANDRA VENTURA                                 :
                                                 :        Civil Case No.:  23-cv-10098
                    Plaintiff,                   :
                                                 :
                                                 :
            v.                                   :
                                                 :        **COMPLAINT**
SEAN COMBS, BAD BOY ENTERTAINMENT,               :
BAD BOY RECORDS, EPIC RECORDS, COMBS             :        **JURY TRIAL DEMAND**
ENTERPRISES, LLC, and DOE CORPS. 1-10,           :
                                                 :
                    Defendants.                  :
------------------------------------------------X

┌────────────────────────────────────────────────────┐
│              **TRIGGER WARNING:**                    │
│  **THIS DOCUMENT CONTAINS HIGHLY GRAPHIC INFORMATION OF A** │
│     **SEXUAL NATURE, INCLUDING SEXUAL ASSAULT**      │
└────────────────────────────────────────────────────┘

                                    

**3,421 likes**

**hollywoodunlocked** #Diddy's lawyer has responded to #Cassie's $30 million lawsuit and claims she's just... more

View all 1,308 comments

 Add a comment...

1 hour ago

                        

.ıll Verizon  LTE        11:23 PM        ⓐ 21% ▭

𝓘𝓷𝓼𝓽𝓪𝓰𝓻𝓪𝓶 ⌄        ♡    

# #TSRUpdatez: Cassie Settles Lawsuit Against Diddy Accusing Him Of Rape And Abuse TSR



♡  ◯  ◁        🔖

🔘 Liked by **lauramgovan** and **57,590 others**

**theshaderoom** #TSRUpdatez: #Cassie, whose real name is #CassandraVentura, has settled her lawsuit against #Diddy. According to @nytimes, both parties reached an undisclosed settlement one day after Cassie filed a lawsuit accusing Diddy, whose real name is #SeanCombs, of rape and physical abuse. (: @gettyimages @doncamss): #TSRStaffMM

View all 18,992 comments

⌂        🔍        ⊕        ▶        



**hollywoodunlocked** ✔

· · ·



 **50cent** ●                                                    •••



Diddy has reportedly been accused of sexually assaulting & drugging a woman in 1991, & filming the attack, in new lawsuit.





**DIDDY REPORTEDLY TAKES TEMPORARY LEAVE AS CHAIRMAN OF REVOLT AMID SEXUAL ASSAULT LAWSUITS**

**BALLER ALERT**

 Liked by **am12.41** and **199,655 others**

**50cent** I'll buy that from you play boy , for the low because you know Cadillac and AT&T gonna pull out. I'll give you a few dollars for it now! Sell it to me, then we can be friends I'm serious call my phone  @bransoncognac @lecheminduroi

View all 19,081 comments

November 28

 **hollywoodunlocked** ●    •••



1/3

# H LLYWOOD

### WOAH! FORMER          ARTIST MARK CURRY
### CLAIMS          ALLEGEDLY BROKE
### NOSE AND          HER PHONE

      •    

**40,004 likes**

**hollywoodunlocked** Woah! In more shocking claims, #Diddy's former Bad Boy artists is speaking out and reacting to these sexual assault lawsuits. Thoughts? 
: @theartofdialogue

## Damages and Harm to Personal Property and Petitioner:

Petitioner, Pshatoia LaRose has included Damages to her Vehicle in which Respondent, Sean Combs stated via Business Medium, Horoscope Website, Vogue.in that linked him to Damaging Petitioners Tire on more than One Occasion. The Most recent Tire Damage that occurred on July 23, 2023 caused Petitioner, to have Severe Damages to her Vehicle causing it to be inoperable for 5 Months now.

Also, Petitioner, Pshatoia LaRose is a Resident of Miami, FL. Each Time Respondent, Sean Combs, has had an Event in Miami, FL he has potentially had Petitioner, Poison and Hospitalized. Petitioner, tried to leave the area when she noticed Respondent would be in town however, Petitioner did not leave soon enough and Pshatoia LaRose was hospitalized with Moderate to Severe Condition.







Mercedes-Benz

**MERCEDES-BENZ OF FORT LAUDERDALE**
2411 SOUTH FEDERAL HIGHWAY, FT LAUDERDALE FL 33316
(954) 462-4391

## Product Details

Prepared on 07/11/2023

Continental
# CONTIPROCONTACT MO BW
**245/40R17 91H**
ORIGINAL EQUIPMENT
0350315 BG8400491



## TIRE SPECIFICATIONS

| | |
|---|---|
| Size | **245/40R17** |
| Performance Rating | **91H** |
| Type | **Sport Touring** |
| RunFlat | **No** |
| Treadlife Warranty | **60,000 Miles** |
| Mfg Defect Warranty Durations | **6 Years** |
| Traction Grade | **AA** |
| Tread Wear Grade | **500** |
| Max Speed | **130 mph** |
| Max Load | **1356 lbs.** |
| Fuel Efficient | **No** |
| Road Hazard | **24 Months** |

## PRICING

| | |
|---|---|
| Quantity | **1** |
| Retail | **$273.00** |

### Installation Includes:

| | |
|---|---|
| 24 Month Road Hazard Protection | -Included |
| 30 Day Tire Price Match- ask for details | -Included |
| Buy 2 Tires & Receive Complimentary Rotations | -Included |
| Alternative Transportation Provided | -Included |
| Complimentary Car wash | -Included |
| Tire Disposal Fee | $1.00 |
| Shop Supplies | $6.00 |
| Mount & Balance | $53.00 |
| Balancing Weight | $10.75 |
| **Installed** | **$343** 75 |
| Estimated Tax* | $20.20 |
| **Total Tire Price** | **$363** 95 |

## DESCRIPTION

Grand Touring All-Season tire used as Original Equipment on European sport sedans.

## FEATURES

- All-Season tire
- Symmetric, notched-rib tread design blends low noise and traction
- Continuous tread contact enhances steering response
- Wide circumferential grooves increase hydroplaning resistance
- Twin steel belts and spiral-wrapped nylon cord stabilize tread area
- For sporty sedans that need year-round traction, even in light snow

7/27/23, 4:38 PM

# Multi-Point Inspection Summary
Created on: Thursday, July 27, 2023 12:06 PM
RO# 92186

myKaarma



Mercedes-Benz
of San Antonio

**CUSTOMER INFORMATION**
Pshatola Larose
+14046542159

**CAR INFORMATION**
Mercedes-Benz
2010 C-CLASS
WDDGF5EB4AR090504
Mileage: 219126
Tag # 8039

**SERVICE ADVISOR INFO**
Francisco Gonzalez
**TECHNICIAN**
Dante Rocha

## ORIGINAL CUSTOMER REQUESTS
### RECOMMENDATIONS

**!** C/S SHE WENT TO PUT FUEL IN HER VEHICLE AND IT WAS ALL JUST | SPILLING OUT NEAR THE PASSENGER REAR TIRE PLEASE CHECK AND | ADVISE

Total Approved:      $0.00
Original Approved:    $0.00
Repair Estimate:  $4,614.26

REMOVED REAR SEAT TO ENSURE SENDING UNIT AND FUEL PUMP WERE NOT LEAKING; FOUND TO BE OKAY. TRACED BACK TO FILLER NECK AREA AND FOUND DAMAGE TO FENDER LINER AND FILLER NECK OF FUEL TANK, FUEL TANK NEEDS TO BE REPLACED. THERE APPEARS TO BE SOME OUTSIDE INFLUENCE THAT CAUSED THE DAMAGE TO THE FUEL FILLER NECK.

**!** C/S TPMS SYSTEM IS INOPERATIVE (OR ONE OF THE SENSORS IS | INOPERATIVE) PLEASE CHECK AND ADVISE

Total Approved:  $924.05
Original Approved:  $924.05
Repair Estimate:     $924.05

BOTH FRONT TPM SENSORS INOP; REAR WORK OKAY, FRONT ONES WONT GIVE READING. REPLACE BOTH FRONT TPM SENSORS

## OTHER

🚗  COURTESY INSPECTION

Total Approved:  $0.00
Original Approved:  $0.00

June 30
9:22 PM

Edit



Relax, Cancer. There is nothing that you need to know in the now or learn to get to another place. **You have your toolkit ready** to see you through this phase in your life, and while it is always good to learn and evolve, it is not a prerequisite for you at the moment. Look for ways to manage and sustain your energy effectively, and allow the angels to usher in winds of change that support your flight. Focus on showing up in supportive relationships and trust the feeling tugging at your heart.

**Cosmic Wisdom:** Stay humble and enjoy the view from where you are. You have worked hard to get to this point...





# HRRG

**MAIL RETURN ONLY**
PO BOX 8486 · CORAL SPRINGS FL 33075-8486

Page 1 of 1

800-984-9115
en Español 800-398-3973

May 08, 2023

**Office Hours:**
Monday through Friday
8:00AM to 11:00PM EST/EDT

HRRG ▲ 006426 B6
PSHATOIA N LAROSE
6815 BISCAYNE BLVD
MIAMI FL 33138-6292

Re: 62195876 Settlement Offer
hrrgcollections.com
PIN# 1.62195876.523

Dear Pshatoia N Larose:

### AN OFFER FOR YOU

Our client has authorized us to offer you a settlement option in an effort to assist you in resolving your account balance. This offer is valid for 30 days from the date of this letter. If you need additional time to respond to this offer, or need to make other arrangements, please contact us. We are not obligated to renew this offer.

Settle your balance of $6,573.00 by making a one-time payment of $3943.80 within 30 days of the date of this letter.

To make your payment, just fill in your credit card information on the reverse side of this notice, or enclose your check/money order payable to the creditor, along with the payment voucher below. To pay using our automated IVR accessible 24 hours a day, call 855-PAY-HRRG (855-729-4774), or visit our website at hrrgcollections.com. Both options require the PIN# and the RE: # listed above along with the last four digits of your social security number.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. (NOTICE: SEE REVERSE FOR IMPORTANT INFORMATION).

**(NOTICE: SEE REVERSE SIDE FOR APPLICABLE DISCLOSURES AND PAYMENT INFORMATION.)**

✂                                              ✂

Reference #: 62195876          Total Balance: $6,573.00          Amount Enclosed $ _____

| Creditor | Account # | Regarding | Amt Owed | ServDate |
|---|---|---|---|---|
| PARAGON CONTRACTING SVC L | 0325099573-95387227 | LAROSE, PSHATOIA N | 1154.00 | 11/28/22 |
| INPHYNET S BROWARD LLC | 0325054024-50232443 | LA ROSE, PSHATOIA | 880.00 | 11/27/22 |
| INPHYNET S BROWARD LLC | 0325054025-50232443 | LA ROSE, PSHATOIA | 1907.00 | 11/27/22 |
| INPHYNET S BROWARD LLC | 0325264224-50232443 | LA ROSE, PSHATOIA | 1316.00 | 11/30/22 |
| INPHYNET S BROWARD LLC | 0325161640-50232443 | LA ROSE, PSHATOIA | 1316.00 | 12/01/22 |

PO BOX 5406
CINCINNATI OH 45273-7942



**2,133 likes**

**headlinerworld** ❗ BREAKING NEWS!!! ❗
FOR THE FIRST TIME EVER!!
Miami, Florida... more

View all 112 comments

November 28, 2022

 **headlinerworld**                              •••

September 28, 2023                                      **Advent Health**

---

**Patient:**        Pshatoia Larose          **Department**   AHEWL ED 13691 E
**Date of Birth:**  07/21/1988               **Information:**  COLONIAL DR
**Date of Visit:**  9/28/2023                                 ADVENTHEALTH
                                                              WATERFORD LAKES ER
                                                              13691 EAST COLONIAL
                                                              DRIVE
                                                              ORLANDO FL 32826-4930
                                                              407-281-3600

---

To Whom It May Concern:

Pshatoia Larose was seen and treated in our emergency department on 9/28/2023.
She may return to work on 10/02/2023.


If you have any questions or concerns, please don't hesitate to call.


Ernest Page II, MD

September 28, 2023

**AdventHealth**

| | | | |
|---|---|---|---|
| **Patient:** | Pshatoia Larose | **Department** | AHEWL ED 13691 E |
| **Date of Birth:** | 07/21/1988 | **Information:** | COLONIAL DR |
| **Date of Visit:** | 9/28/2023 | | ADVENTHEALTH |
| | | | WATERFORD LAKES ER |
| | | | 13691 EAST COLONIAL |
| | | | DRIVE |
| | | | ORLANDO FL 32826-4930 |
| | | | 407-281-3600 |

To Whom It May Concern:

Pshatoia Larose was seen and treated in our emergency department on 9/28/2023.
She may return to school on 10/02/2023.

If you have any questions or concerns, please don't hesitate to call.

Ernest Page II, MD

# Estimate ID: 3N191XXZ

## Prepared for:
## PSHATOIA LAROSE

| | |
|---|---|
| Account Number: | 5010159420217 |
| Med Rec No: | 506648717 |
| Patient Type: | Emergency Service |
| Date of Service: | 9/28/2023 |
| Payer Name: | AETNA HMO |

## Expected Services

| Benefit Category | Units | # of Visits | Services |
|---|---|---|---|
| Emergency Service | 1 | 1 | 99283 - R11.2 - HC EMERGENCY DEPARTMENT VISIT MODERATE SEVERITY |

## Estimated Patient Responsibility Calculation

| COB | Benefit Category | Negotiated Amount | Deductible Remaining | Co-Pay |
|---|---|---|---|---|
| Primary | Emergency Service | $735.97 | $0.00 | $0.00 |
| | | | SecondaryFamilyDeductibleRemaining | |

## Based on the services estimated and your insurances benefits, it is estima

## Common Independent Practitioners

**Emergency Provider**
*Florida Emergency Physicians of Team Health*
Phone: (888) 952-6772

**Radiology Provider:**
*AHMG Radiology of Central Florida*
Phone: (866) 481-7571

**Anesthesiology Provider:**
*US Anesthesia Partners*
Phone: (407) 667-0505

**Pathology Provider:**
*Central Florida Pathology Associates*
Phone: (800) 693-3271

## How was this

This is how we determ
Deductible - Copay) * (

Remaining Deductible

Our facility complies with applicable Federal civil rights laws and does not discriminate on the basis of race, color, national origin, age, disability, or sex. Our faci
age, disability, or sex.




SATURDAY SEPTEMBER 30

**Doo-Wop**
All R&B Soul Music
5PM-12AM

# DIDDY

OFFICIAL ALBUM RELEASE

**THE  RBAN**

1000 NW 2ND AVE. MIAMI. FL 33136
WWW.HEADLINEREVENTS.COM

LOVE RECORDS



# SUNDAY OCTOBER 1, 2023

MICHAEL GARDNER & LOUIS OLIVER

# LIV ON SUNDAY

## THE LOVE ALBUM: OFF THE GRID
## OFFICIAL ALBUM RELEASE

# DIDDY
## & FRIENDS

 

**TABLE RESERVATIONS 305.674.4680**
FONTAINEBLEAU MIAMI BEACH · 4441 COLLINS AVENUE
LIVNIGHTCLUB.COM



OUT NOW

### Illegal and Unauthorized Phone Tapping and Spying:

I, Petitioner, Pshatoia LaRose have attached Images from my Phone of Private Text Messages in which Respondent, Sean Combs has Hacked and Stolen from my Phone. As I noticed, My Phone Conversations being reused via Respondent, Sean Combs Business Mediums, I have not used any ICloud or IMessenging Data in over 1 Year now due to ongoing Stalking. However, Respondent, Sean Combs hacks into my Phone and is able to see my Private Text Conversations as well as Phone Conversations in which I have Witness(es) that can clarify our Phone Conversations are Tapped Unauthorized by Respondent, Sean Combs. I have attached Images also for further review of Defendants Stalking Behavior and Theft of Petitioner, Pshatoia LaRose, Phone Data.



**Neal 2** ♀️♠️♣️

Omg. Scenic route will take 2-3 months ..lol

Well we needs to be here technically before than 🐍🐲 this not Santa ☠️ . In advance lol don't worry I'm working on it ... 😈 💀 ... we shall see

Ok. Keep working on it

How's your hair ???

No the way I went was nice went through Phoenix . . parts of California very nice took me 2-3 days

Getting it done this week..... thanks to my Bestie! 🍄 🍄 ‥

If we drive 10-12 hours a day make it there in two days

PRICE DROP    PRICE DROP    PRICE DROP

TEMU

# Scorpio

(October 23 - November 21)

## Today's Horoscope

## Love

| Overview | Love | Money |

Horoscope for November 7th 2023

A change of environment would do you a world of good. You feel weighed down by the competition around you. Rise above the noise of gossip and ill will. Spend time with those you trust and hash out some plans for the future together. Reach out in all directions today, to all the people that make up your social world. You are in the mood to mingle and be among like-minded people. Your partner who is also your best friend, makes you feel happy and relaxed. Share a favorite past time together today.

ADVERTISEMENT

www.ask-oracle.com/horoscope/...

N

Neal 2 

Thanksgiving Day with My Ruby



Yeah..lol..

Nice ThXgiving

Yes was when I was with you... 💀



# ly Horoscope For Scorpio

# Scorpio

(October — November 21)

## Today's Horoscope Overview

| Overview | Love | Money |

Horoscope for November 7th 2023

An important decision requires your attention. Seek the advice of your significant other or close companions. A woman, perhaps a grandmother or grandmotherly figure, will play an important role in the day. Weigh your options thoroughly before committing. Today is a perfect day to reach out to loved ones who have been on your side. Seek out soothing company. You feel a need to socialize and belong. You can literally experience the entire world through your friends' eyes.

 www.ask-oracle.com/horoscope/...  

   

ADVERTISEMENT

# Tomorrow's Sagittarius Horoscope

Change Sign

YESTERDAY    TODAY    TOMORROW    ...

## Nov 11, 2023

If there were a quick and easy way to cut soul ties, you'd be the first to pull out your celestial scissors. When it comes to removing toxic energy from your life, even the memory of an ex has to go.

www.yourtango.com/horoscope/...



*Your Tango*

Change Sign

YESTERDAY    TODAY    TOMORROW    · · ·

# Nov 11, 2023

If there were a quick and easy way to cut soul ties, you'd be the first to pull out your celestial scissors. When it comes to removing toxic energy from your life, even the memory of an ex has to go.

The Moon entering Scorpio brings out the deep desire to seek truth. There may be a few things in the past you're holding on to that stop you from having the life you know you can live. Block the ex. Delete their number. It's time to move on.

www.yourtango.com/horoscope/daily-...

Neal 2

senior until December 28th, making this a good
time for adjusting your workout routine. If you
prefer partnering with a **friend**, an
accountability system can be useful and **perfect
for channeling** an honest and forthright
energy.

RELATED:

He

> Read this you are Sagittarius and
> my ex is too . He stalks me nonstop
> this has to stop .
> calls is illegal

> Anything with my health is tied to
> him and will be mentioned in court.
> I'm starting on his case soon so he
> needs to focus on that not me

YESTERDAY    TODAY    TOMORROW    ...

# Nov 10, 2023

You never know who you may meet at the right
time, and during Mercury entering Sagittarius,
the universe could bring the decision-makers
you need to make a dream possible for you.
This is a wonderful time to enter discussions
and agreements or to conduct important










Neal 2

But it can turn out good ... have to see in person which tells me what I need to know

Dating life building up the courage 💀💀 omgeee    It calls for praying but it's critical lol 💀 funny not funny but really it could happen soon would be great so they give me hope ....it's not bad with a Ex you just have to make sure y'all ... and don't bring up the past but let it flow and see how it goes lol

Anything is better getting these cells play with me or me nope super or let's see what's really good. Games being over .... I'm grown

Like I'm not a goat you are dating fucking around with or they think you they man or whatever leas .... 💀 I am not getting grown as a cover up. Own who you

 
     

Want 50% OFF? Unlock your discount now

 Tarot 

Login Signup    Love Horoscope ▾    Shop ▾    Free Tarot Reading    Psychic Advice    Lo

Yesterday  Today  **Tomorrow**  VIP Horoscopes

# Cancer Daily Love Horoscope

by Tarot.com Astrologers

**November 11, 2023:** Taking a risk to create a newfound sense of hope in your relationship could pay off now -- just maybe not how you would originally expect! Love is an adventure within itself, and you may be embarking on a new chapter while go-

---

🔒  www.tarot.com/daily-love-horos...      

            

 Tarot

Login Signup | Love Horoscope ▼ | Shop ▼ | Free Tarot Reading | Psychic Advice | Lo

just maybe not how you would originally expect. Love is an adventure within itself, and you may be embarking on a new chapter while go-getter Mars has a staring contest with unpredictable Uranus in your idealistic 11th house. The best rewards usually come after a period of uncertainty or upheaval. Combat any overwhelm by tapping into your toolbox of self-soothing techniques as you navigate this shift.


Daily Insight


Tarot Readings

Your Birth Chart


Psychic Advice


Tarot Cards & Decks


Love Compa

  
   

# Scorpio

### October 23 - November 21

Sex is one area of life where there are more unspoken rules than almost anything else except for death or money. You will have a most interesting time, in the light of this, when you go through your solar return in Scorpio - just been or on the way.

## Something Extra for Wednesday



Premium Member?

You can now send Seasonal Astrology eCards f...



Holidays to friends and family for FREE.



Neal 2

Thanksgiving Day with My Ruby

Yeah .lol.. 

Nice ThXgiving

Yes was when I was with you.

  

Need Help? Call Us Anytime 1.800.573.4784

 California  Psychics  

## Tuesday, November 7, 2023

# Scorpio Horoscope for Tomorrow

You tend to read too much into things as perceptive Pallas merges with the South Node in your mysterious twelfth house. When you connect the dots, they're unlikely to reveal the crimes and misdemeanors that you envision. Don't let paranoia drive you and everyone else crazy. Jumping to the wrong conclusions can be disastrous. Instead, redirect your attention toward verifiable facts. Likewise, a crippling fear may have no basis in reality. All signs indicate that it's in your head. Doing something you don't think you can do can annihilate your insecurity on the spot. Instead of investing in your fears, bank on your ability to figure things out.

Get your personalized
**FREE daily horoscope** 

 www.californiapsychics.com/hor...  

   



Neal ♣ 💯 ♠

Pol t e to tease me about ry to do list ar d when I get focused.... ___ t ts me somewhere 💨 💨 focused

You are welcome to come spend the night or for breakfast it's complimentary. It's Buffet style should be good....

Emphasized "I go after what I want .... and I get it too all o..."

Ok I see. Yep . Super To do Lists!

Thanks for the offe    Here t night

What are breakfast hours ?

6am - 10 am
Omg. Are you Up

Yes 6-11. You should come .... but I'm all the way down in MIA not FLL. You can do your work here though .... I can stay until 4pm.











Verizon LTE    11:05 AM    87%

Awaken Your Intuition Learn How

 Tarot

home and snuggle with your sweetheart. Unfortunately, you probably have other responsibilities. Asking for a date night disguised as a run for errands may let you connect and get stuff done at the same time. Knowing when to initiate and when to pause should help navigate any stressors on your to-do list.

Should you hold on or move on? Get direction with a Live Psychic

     

 FIRST HORIZON    Know-how that says no challenge is too big    

🔒 www.tarot.com/daily-love-horos...

   

Neal 

Thanks for a Very Nice dinner!!. Delicious 😋🤤.Fish 🐟 is the foods to eat for good health!:

Yes! Glad you were Happy... 🐒 Treated my BFF 🐟🐟 to a good Meal! Thanks again for Everything!

Loved "Yes! Glad you were Happy... 🐒 Treated my BFF ..."

Yesterday 6:11 PM



DAILY

# Cancer Love Horoscope

Change sign ▼

**YESTERDAY    TODAY    TOMORROW    • • •**

PRESENTED BY ♥ eharmony

**Aug 25, 2023** - The planetary aspect that is forming may encourage you to be you more extravagant than you can actually afford. There is only so much in your pocket and you may feel you trusting in the bountfulness of the universe to bring all you need that you want to take the special person in your life out for a really good meal. Just be sure you really do have the funds.

What happens when compatibility meets connection? Real love. See for yourself with

🔒 www.horoscope.com/us/horosco...      

                        

August 13
8:51 PM

Edit

**Mama** 👨‍👩‍👧‍👦 🖤 🍸    1:45 PM
Luke 1:45-48 KJV - And blessed is she that
believed: for there shall be a performance of...

.ıl Verizon �{5:}

**10:53 PM**

@ 29% 🔋

‹

### August 13
8:55 PM

Edit

Today 1:45 PM

Happy Sunday Ma! 

Luke 1:45-48 KJV - And blessed is
she that believed: for there shall be
a performance of those things
which were told her from the Lord.
46 And Mary said, My soul doth
magnify the Lord,
47 And my spirit hath rejoiced in
God my Saviour.
48 For he hath regarded the low
estate of his handmaiden: for,
behold, from henceforth all
generations shall call me blessed.











What if we said you are more than the stories you've been told about yourself? What if we said you are infinite and so is the possibility of what you can co-create? This is your reminder to examine the old narratives. To examine the weight of other people's expectations. The dark moon is offering you the perfect opportunity to release the past, to do what you need to in order to be free. So, be free. Empty your mind of the dos and the don'ts so you allow for fresh inspiration to come through. The entire Universe will conspire to bless you with what you need and what you want when you are in alignment with your truth.


BUY 2 GET 25¢ OFF    FIND A STORE



The week ahead sees you booked, blessed and busy! You're pursuing your soul's **calling**. You're dedicating yourself to that which brings you joy *and* enables you to bring more lightness and brightness into the big, bad world. There's no such thing as perfect. However, this is as close to perfect **as it gets**, beautiful one. In the realm of romance, you're likely to experience a va-**va-voom** connection with somebody who's been in your orbit for a while now. Is there more to this connection than just chemistry, though? To avoid misunderstandings later, be clear about your thoughts and feelings from the start.

← Ad served by Google

 Ad options | Send feedback | Why this ad?  

www.vogue.in/horoscope/collect...



This is the week to be booked, blessed and busy, Virgo! This is the week to show up as the star of every show as you inspire your fellow travellers to follow their bliss. Something tells us you are ready to co-create magic with those you feel that creative chemistry with. As such, this week awaken the good samaritan within. To think of ways in which you can support and uplift the collective. The secret to living a fulfilled life: placing service at the front and centre of everything you create and offer.



 
   

Edit

May 23
8:52 PM

Neal 

Yes me too chat later! Thanks!

Today 4:56 PM

You better think about the
know in advance but we kn
woulda coulda shoulda lol

I invested alre  dy you still ha  .ume
 ou don't kn

Right
Where's the detailed  siness
plan?



May 23
8:53 PM

Edit

The message of a tough experience may have been to keep going, to focus on one thing while the results of your introspection may have been emotional immaturity, Leo. You may have taken on too much on your plate or may have envisioned things unfolding a certain way and they may have turned out to be something else, but that doesn't matter now. Could haves, would haves, should haves don't make life. The *Now* does. So try asking yourself - what can I do now to feel like I'm walking my talk and leave the rest to your angels and guides.

**Cosmic Wisdom:** A higher perspective and discovering your sense of purpose may help



## Theft and Hacking of Phone Data reused for Business and Personal Use:

I, Petitioner, Pshatoia LaRose, have attached images of Respondent, Sean Combs and other Individuals of Combs Family reusing my Images for Business and Personal Use. There are more images other than what Respondent has attached if needed. However, as you can see Respondent, Sean Combs and Family has continuously stalked Petitioner, Pshatoia LaRose prior to her Case Filing of Domestic Violence and Civil Claim and also after these allegations were filed further identifying while Petitioner, Pshatoia LaRose shall have Right to a Fair Trial in both Criminal and Civil Disputes against Respondent, Sean Combs. Individuals included in Images are Brands and Family Members related to Respondent, Sean Combs.







12:05

July 11, 2022
2:18 PM



4,443 likes

**ciroc** #CIROCPASSION is here 🖤 This is bigger than taste. This is about igniting something within you. Make sure to tag us when you spot the bottle • •

View all 236 comments





diddy London nights.

View all 706 comments



.ıl Verizon 📶  7:54 PM  📷 🔋 72% 🔋

CIROC
**Posts**

Follow



**10,267 likes**

**ciroc** This is what you call a fresh serve. Just ask @Diddy. New limited-edition Cîroc Honey Melon is available for all to taste. #NoReservationsNeeded

View all comments

**diddy** Let's GO!

March 29



July 23, 2022
7:05 PM

Edit



Liked by **johnlegend** and **23,165 others**

**diddy** Biggie inspired me to become an artist and make this album, so it's bittersweet to look back on such a pivotal turning point in my life and career that... more

View all 893 comments

**jamescruz1** 🔥 🔥 🔥 🔥 🔥





🔗 THEFEMALEPRENEUR.COM

thefemalepreneurinc

thefemalepreneurinc T R E A T 💕 💕 YOURSELF
SOMETIMES    ... YOU DESERVE IT QUEEN! 👑 👑 👑 ...





Liked by **quincy** and **8,119 others**
**the_combs_twins** XOXO 🖤
View all 218 comments
**quincy** AWWWMYGAWDD 🖤
4 hours ago

...

Pshatria Labose
2221 Peachtree Rd #222
Atlanta, GA 30307



RECEIVED
SEP 13

Clerk of Courts Attn: Pro Se Filing
500 Pearl St
New York, NY 10007



USM
SDNY
P3