UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PSHATOIA LAROSE,<br><br>                    Plaintiff,<br><br>         -against-<br><br>SEAN COMBS, ET AL.,<br><br>                    Defendants. | 24-cv-3464 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 28, 2024, order, this action is dismissed for failure to state a claim on which relief may be granted. *See* 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 31, 2024
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge